UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-62880-FAM

HOWARD COHAN,

       Plaintiff,

vs.

THE ALOHA CONDOMINIUM ASSOCIATION,
INC. d/b/a ALOHA CONDOMINIUM & RESORT,

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, HOWARD COHAN, and Defendant, THE ALOHA CONDOMINIUM ASSOCIATION, INC. d/b/a ALOHA CONDOMINIUM & RESORT, by and through undersigned counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above-styled action with prejudice, as the parties have amicably resolved this matter in settlement.

      AGREED and STIPULATED to this 31st day of March, 2015.

*/s/ Mark D. Cohen*                                */s/ Justin C. Sorel*
_____      _____
Mark D. Cohen, Esquire                      Justin C Sorel, Esquire
Florida Bar No. 347345                       Florida Bar No.: 0016256
**MARK D. COHEN, P.A.**                 **COLE, SCOTT & KISSANE, P.A.**
Presidential Circle                            1645 Palm Beach Lakes Blvd., 2nd Floor
4000 Hollywood Boulevard, Suite 435 So.     West Palm Beach, Florida 33401
Hollywood, Florida 33021                  Telephone: (561) 383-9200
Telephone: (954) 962-1166                Facsimile: (561) 683-8977
Facsimile: (954) 962-1779                  E-mail: Justin.Sorel@csklegal.com
E-mail: mdcohenpa@yahoo.com          *Counsel for Defendant*
*Counsel for Plaintiff*                          *The Aloha Condominium Association, INC.*
*Howard Cohan*