UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-62880-CIV-MORENO

HOWARD COHAN,

    Plaintiff,

vs.

THE ALOHA CONDOMINIUM ASSOCIATION,
INC. d/b/a ALOHA CONDOMINIUM & RESORT,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal with Prejudice **(D.E. 13)**, filed **March 31, 2015**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record